UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

JONATHAN C. SCOTT P.C.
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
(214) 999-2901
jonathan@jcscottpc.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
30 Wall Street, 12th Floor
New York, New York 10005
Tel: 212-371-5478
gabriel.delvirginia@verizon.net
Gabriel Del Virginia, Esq.
Counsel for Vista Food Exchange, Inc.

In Re:
*[Enter the debtor's name(s)]*

SIMON SZEKIT LAW
DEBTOR

Case No.: 2-23-BK-19542
*[Enter the case number]*

Chapter: Chapter 11
*[Enter the chapter of the case]*

Hearing Date: 3/26/2024
*[Enter the hearing date]*

Judge: Honorable Stacey L. Meisel
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, Jonathan C. Scott _____ :

   ☒ represent Vista Food Exchange, Inc. in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On *[Enter the date you served the documents]* 3/4/2024 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *[Place a check next to each document you served]*

   ☐ Notice of Motion *[Enter title of motion]* _____

   ☒ Certification in Support of Motion *[Enter title of motion]* Motion for 2004 Examination
   _____

☐ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion *[Enter title of motion]* _____

_____

☐ Other *[Enter title of document]* _____

_____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/4/2024 _____    *Jonathan C. Scott* _____
*[Enter the date you signed this document]*      Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>Jenee K. Ciccarelli<br>Ciccarelli Law, PC<br>239 New Road<br>Building, A, Suite 301<br>Parsippany, NJ 07054-5612 | *[Enter the party's relationship to the case]*<br><br>Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other __ECF_____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>US Trustee<br>US Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | *[Enter the party's relationship to the case]*<br><br>US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other __ECF_____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Manager/President<br>145 Irvington Realty, LLC<br>145 40th Street<br>Irvington, NJ 07111 | *[Enter the party's relationship to the case]*<br><br>Subject of Rule 2004 Examination | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Manager/President<br>SDJ Trading, Inc.<br>145 40th Street<br>Irvington, NJ 07111 | *[Enter the party's relationship to the case]*<br><br>Subject of Rule 2004 Examination | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Manager/President<br>Rosenberg Rick Baker Berman, P.A.<br>265 Davidson Avenue, Suite 210<br>Somerset, NJ 08873 | *[Enter the party's relationship to the case]*<br><br>Subject of Rule 2004 Examination | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>Lawson Foods, LLC<br>145 40th Street<br>Irvington, NJ 07111 | *[Enter the party's relationship to the case]*<br>Subject of Rule 2004 Examination | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☑ Other  email to their SDNY attorney<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |